UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PETERSON,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER LEAHY, JEFFREY JORDON, AND THE CITY OF SANDIEGO,<br><br>　　　　　　　　　Defendants. | Case No.: 21-cv-1908-RSH-MDD<br><br>**ORDER SETTING SUBMISSION DATE ON DEFENDANT'S MOTION TO DISMISS**<br><br>[ECF No. 6] |

　　　　Pending before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint. ECF No. 6. The hearing for that date was set for July 22, 2022, ECF No. 13, and after that date was set, the case was re-assigned and all previously pending hearings were vacated. ECF No. 14.

　　　　The Court HEREBY ORDERS that the motion will be deemed submitted as of July 22, 2022, such that the Court will take the matter under consideration. <u>The parties should not appear for a hearing at that time</u>. If the Court requires oral argument, the Court will issue an order providing a new date and time for a hearing, mindful that the Plaintiff is

proceeding pro se, is being served by U.S. mail, and would need advance notice in order to travel to San Diego to attend a hearing.

**IT IS SO ORDERED**.

Dated: July 5, 2022

*Robert S. Huie*
HON. ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE